# Exhibit A

1
2
3
4
5
6
7
8

FILED
2025 AUG 28 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-24798-8 SEA

9
10

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

11
12
13
14
15
16
17
18

| | |
|---|---|
| GIAUNIE HENDRIX, individually and on behalf of all others similarly situated,<br><br>            *Plaintiff*,<br><br>        vs.<br><br>COZY EARTH HOLDINGS, INC.,<br><br>            *Defendant*. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

19
20
21
22
23
24
25
26
27

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

# Table of Contents

I.      Introduction. ...................................................................................................................1

II.     Parties. ............................................................................................................................2

III.    Jurisdiction and Venue. ..................................................................................................2

IV.     Facts. ...............................................................................................................................3

        A.      Cozy Earth's fake discounts and its false and misleading emails..........................3

        B.      Cozy Earth's emails to Plaintiff and Class members violate CEMA and the CPA. ...........9

        C.      No adequate remedy at law. ...........................................................................11

V.      Class action allegations. ...............................................................................................11

VI.     Claims.............................................................................................................................13

        Count 1: Violations of Washington's Commercial Electronic Mail Act (By Plaintiff and the

                Class)................................................................................................................13

        Count 2: Violations of the Washington Consumer Protection Act via misleading emails............13

VII.    Jury Demand. ................................................................................................................15

VIII.   Prayer for Relief.............................................................................................................15

CLASS ACTION COMPLAINT
Case No.

i

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

**I.      Introduction.**

1.      Deceptive emails plague consumers' inboxes. The Washington legislature, concerned with deception in emails, enacted the Washington Commercial Electronic Mail Act ("CEMA"), RCW 19.190, which, among other things, prohibits any person from sending a commercial email with a false or misleading subject line. RCW 19.190.020.

2.      Defendant Cozy Earth Holdings, Inc. ("Defendant" or "Cozy Earth") sells and markets bedding, clothing, and other home décor products online through the Cozy Earth brand and website, www.cozyearth.com ("Cozy Earth Products" or "Products").

3.      Cozy Earth's website promotes "sales" with discounts on its Products. And Cozy Earth sends commercial emails to Washington residents with subject lines promoting these sales.

4.      Advertised "sale" discounts are important to consumers. Consumers are more likely to purchase an item if they know that they are getting a good deal. Further, if consumers think that a sale will end soon, they are likely to buy now, rather than wait, comparison shop, and buy something else.

5.      While there is nothing wrong with a legitimate sale, a fake one—that is, one with made-up regular prices, made-up discounts, and made-up expirations—is deceptive and illegal. And advertising fake discounts in the subject line of a promotional email violates CEMA and the Consumer Protection Act ("CPA"). *Brown v. Old Navy LLC*, 567 P.3d 38 (Wash. 2025).

6.      Cozy Earth promotes fake discounts by sending emails with false and misleading subject lines. For example, Cozy Earth's emails contain subject lines like "Memorial Day Deals End Tomorrow!" These subject lines lead reasonable consumers to believe that there is a substantial, time-limited sale going on and that Cozy Earth's regular prices are normally higher. In truth, Cozy Earth's products are almost always substantially discounted, such that the regular price is just the discounted price. When one supposedly time-limited sale ends, it is just replaced by a similar sale. So the supposed discounts are not really discounts off the regular prices and the supposedly time-limited sales are not really time limited. In both these ways, Cozy Earth's email subject lines are deceptive and violate CEMA.

CLASS ACTION COMPLAINT
Case No.

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

7.      Plaintiff is a Washington resident who received Cozy Earth's deceptive email sale advertisements. Plaintiff brings this case to protect Washington residents from Cozy Earth's false and misleading emails about its purported discounts.

**II.    Parties.**

8.      Plaintiff Giaunie Hendrix is domiciled in Seattle, Washington.

9.      The proposed class includes citizens of Washington.

10.     Defendant Cozy Earth Holdings, Inc. is a Utah company with its principal place of business in Bluffdale, Utah.

**III.   Jurisdiction and Venue.**

11.     This Court has subject matter jurisdiction under the Washington State Constitution, which sets forth the jurisdiction of Washington Superior Courts. This Court also has subject matter jurisdiction under the Consumer Protection Act ("CPA"), RCW 19.86.090, and the Commercial Electronic Mail Act ("CEMA"), RCW 19.190.090, which give Washington Superior Courts jurisdiction over claims brought under CEMA and the CPA.

12.     This Court has personal jurisdiction over Defendant under RCW 4.28.185. Defendant transacts business in Washington. The claims giving rise to this action arise from Defendant's transaction of business in this state and also Defendant's purposeful transmission of electronic mail messages to Washington residents. This Court also has personal jurisdiction over Defendant under RCW 19.86.160 because Defendant has engaged in conduct in violation of the CPA that has had an impact in Washington.

13.     Venue is proper in King County Superior Court because Defendant resides here for purposes of venue. RCW 4.12.025. At all relevant times, Defendant has transacted business in King County, including by selling products to customers living in King County and by sending electronic mail messages to residents of King County, including to Plaintiff.

CLASS ACTION COMPLAINT
Case No.

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

**IV.    Facts.**

    **A.    Cozy Earth's fake discounts and its false and misleading emails.**

    14.    Cozy Earth distributes, markets, and sells bedding, clothing, and home décor products. Cozy Earth sells its Products directly to consumers through its website, www.cozyearth.com.

    15.    Cozy Earth creates the false impression that its Products' regular prices are higher than they truly are.

    16.    Cozy Earth advertises steep discounts on its Products. These discounts consistently offer "X%" or "up to X%" off the listed regular prices. And it advertises these discounts extensively, including through emails to recipients on its mailing list. These emails include subject lines like "Ending Soon…" and "Memorial Day Deals End Tomorrow!"

    17.    These discounts seem like great deals. But the truth is that substantial discounts on Cozy Earth's Products are nearly always available. When one sale ends, Cozy Earth just advertises another similar sale. Consumers are being tricked into thinking they are getting a time-limited discount when they are really just paying the regular price that is regularly available.

    18.    When Cozy Earth advertises its percent-off discounts through emails with subject lines like "Memorial Day Deals End Tomorrow," reasonable consumers interpret Cozy Earth's sale advertisements to mean that recipients will be getting a "deal" relative to the prices that Cozy Earth formerly and usually charges for its Products. In other words, reasonable recipients believe, for example, that they will receive a "deal" relative to the list prices that Cozy Earth advertises, that those list prices represent the amount that consumers formerly had to pay on Cozy Earth's website for Cozy Earth's goods before the sale began, and that those list prices represent the prices that consumers will have to pay in the future for Cozy Earth's goods when the sale ends. This creates a sense of value and urgency: buy now, and you will receive something worth more than you pay for; or wait, and you will pay more for the same thing later. And Cozy Earth compounds this sense of urgency by accompanying the promise of deals with statements like "Ending Soon."

    19.    For example, on June 4, 2023, Cozy Earth sent a commercial email to Plaintiff and other class members with a subject line that included, "Memorial Day Deals End Tomorrow!":

CLASS ACTION COMPLAINT
Case No.

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

20.    Reasonable recipients of this email would believe that Cozy Earth was offering a limited time sale that was ending soon, i.e., that after "Tomorrow" (June 5, 2023) customers would no longer receive the benefit of Cozy Earth's purported 20-25% off "Deals." They would believe that, if they purchased during the sale, they would receive this special discount off the regular and former prices of the Products. And they would believe that, if they were to wait too long (in this case, if they were to wait beyond the next day), then the sale would be over and the Products' prices would return to their regular prices.

21.    But Cozy Earth almost always offers discounts on its Products, such that its sales do not end—they just roll over into a "new" promotion that offers materially similar discounts.

22.    In this example, as described above, Cozy Earth represented that its Memorial Day Sale would end on June 5, 2023. But on June 5, the sale did not end. Instead, Cozy Earth extended the sale:

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

*Captured June 5, 2023*

And the sale continued to be available on June 6.

23.     Then, on June 7, Cozy Earth introduced a sale with materially similar terms under a different name (the "SUMMER SALE", 20-25% off sitewide):



*Captured June 7, 2023*

24.     The Summer Sale continued until, a few weeks later, it morphed into another sitewide sale with materially similar terms to the Summer Sale (and the previous Memorial Day sale.) (Cozy Earth branded this purported sale as its "Fourth of July Sale":

CLASS ACTION COMPLAINT
Case No.

5

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

*Captured June 28, 2023*

25.     The Fourth of July sale continued into July. Then, on July 11, it turned into the "Cozy Days" sale, offering 30-35% off sitewide. By July 21, the sale had translated into the "Summer Sale," offering 20-25% off sitewide. By August 4, that had morphed into the "Semi-Annual Sale," offering 20-25% off sitewide (in reality, there was nothing semi-annual about this sale). By August 27, it had become the "Labor Day" sale, offering 20-25% off sitewide. That sale then became the "Black Friday" sale in November, offering 30-35% off sitewide. And in December it was the "Holiday Sale" offering 20-25% off sitewide.  The pattern is clear: a discount of at least 20-25% off sitewide was not time-limited; it was always available.

26.     Go back to the email that Cozy Earth sent Plaintiff on June 4. It said her chance to save 20-25% was tied to "Memorial Day" and would "End Tomorrow!" But her chance to save did not end tomorrow, or the next day, or week, or month, or anytime that year. And she was not really saving anything because throughout the year, Cozy Earth essentially always sold its products for a discount of at least 20-25%. The subject line of the email was misleading and violated CEMA.

27.     The misleading emails continued. On April 9, 2024, Cozy Earth sent a commercial email to Plaintiff and other class members with a subject line that read, "Ending Soon…" This subject line referenced a purported savings of "UP TO 25% OFF SITEWIDE."

CLASS ACTION COMPLAINT
Case No.

6

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

28.     But, just as in the example above, Cozy Earth went on to introduce a series of subsequent "sales" that reflected the company's practice of essentially always offering substantial discounts on its Products. The sale advertised in the April 9 email was the "Spring Sale." By April 15, that had morphed into the "Mother's Day Sale," offering up to 25-30% off. By May 22, that had morphed into the "Memorial Day" sale, offering up to 20-25% off. That sale continued until it morphed into the "Summer Sale" on June 5, offering up to 20-25% off. By August 3, that morphed into the "Semi-Annual" sale, offering up to 25% off (again, there was nothing really semi-annual about it). And Cozy Earth continued offering comparable, continuous sales throughout the remainder of 2024, including a Labor Day Sale, a Fall Sale, a Cozy Earth Anniversary Sale, and a Holiday Sale. It was the same pattern of continuous sales as in 2023.

29.     Go back to the email Cozy Earth sent Plaintiff on April 9, 2024. The advertised sale was not "Ending Soon." In fact, it was not ending anytime that year. Nor was it a real sale, as the Products were continuously offered at that purported discount. The email was misleading and violated CEMA.

30.     Cozy Earth sent many similar misleading emails to Plaintiff. For example, on January 15, 2023, Cozy Earth sent Plaintiff an email with the subject line "The New Year's Sale Ends TONIGHT!;" on May 8, 2023, Cozy Earth sent Plaintiff an email with the subject line "One Day Left!" (referencing a sale), and on February 19, 2024, Cozy Earth sent Plaintiff an email with the subject line "The Presidents Day Sale Ends TONIGHT!" Because materially similar discounts were nearly always available

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

throughout these years, and the discounts did not in fact end and were not actually discounts off the regular prices, these emails were deceptive and violated CEMA.

31.    To further confirm that these emails are misleading, and that Cozy Earth's Products are consistently sold at a discount off of their purported regular prices, Plaintiff's counsel performed an investigation of Cozy Earth's advertising practices using the Internet Archive's Wayback Machine (archive.org) and a similar archiving website, arquivo.pt.[1] The investigation revealed that, from 2021 to at least June 2025 (when Cozy Earth was sued for similar fake sales in California), each month Cozy Earth has been offering a similar purported sale. The sales are essentially permanent:

| Date of Website Capture | Sale |
| --- | --- |
| January 1, 2021 | New Year's Sale, 25-30% Off |
| February 16, 2021 | President's Day Sale, 20-25% Off |
| March 2, 2021 | Semi-Annual Sale, 20-25% Off Sitewide |
| April 2, 2021 | Spring Sale, 20-25% Off Sitewide |
| May 10, 2021 | Mother's Day Sale, 20-25% Off Sitewide |
| June 4, 2021 | Memorial Day Sale Extended, 20-25% Off Sitewide |
| July 6, 2021 | 4th of July Sale, 20-25% Off Sitewide |
| September 20, 2021 | Fall Sale, 20-25% Off Sitewide |
| October 20, 2021 | Fall Sale, 20-25% Off Sitewide |
| November 25, 2021 | Black Friday, 30-35% Off Sitewide |
| January 18, 2022 | Winter Sale, 20-25% Off Sitewide |
| February 15, 2022 | President's Day Sale, 20-25% Off Sitewide |
| March 16, 2022 | Semi-Annual Sale, 20-25% Off Sitewide |
| May 31, 2022 | Memorial Day Sale, Up to 35% Off Bedding, Loungewear & Bath |
| June 17, 2022 | Summer Sale, Up to 25% Off |
| July 9, 2022 | 4th of July Extended Sale, 20-25% Off |
| August 27, 2022 | Labor Day Sale, Up to 25% Sitewide |
| November 26, 2022 | Black Friday Deals, 30% Off Sitewide, 40% Off Sheet Sets, 35% Off Bundles |
| December 23, 2022 | Holiday Sale, Up to 30% Off Sitewide |
| January 3, 2023 | New Year's Sale, Up to 30% Off Sitewide |
| February 22, 2023 | President's Day Extended Sale, Up to 25% Off Sitewide |

---

[1] arquivo.pt is a Portugal-based internet archiving service. It captures the same Cozy Earth URL as the US-based Internet Archive (www.cozyearth.com). Because arquivo.pt often captures different dates from the Internet Archive, it fills in archival gaps.

8

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

| Date of Website Capture | Sale |
|---|---|
| May 2, 2023 | Mother's Day Sale, Up to 30% Off Sitewide |
| June 7, 2023 | Summer Sale, 20-25% Off Sitewide |
| July 5, 2023 | July 4th Sale, 20-25% Off Sitewide |
| August 19, 2023 | Semi-Annual Sale, 20-25% Off Sitewide |
| September 7, 2023 | Labor Day Extended Sale, 20-25% Off Sitewide |
| October 20, 2023 | Cozy Earth Anniversary, 20-25% Off Sitewide |
| November 10, 2023 | Black Friday, 30-35% Off Sitewide |
| December 30, 2023 | Holiday Sale, 20-25% Off Sitewide |
| January 4, 2024 | New Year's Sale, 20-25% Off Sitewide |
| March 6, 2024 | Semi-Annual Sale, 20-25% Off Sitewide |
| April 24, 2024 | Mother's Day Sale, Up to 30% Off |
| May 20, 2024 | We Made Too Much Sale, Up to 55% Off |
| June 25, 2024 | Summer Warehouse Sale, Up to 55% Off |
| July 25, 2024 | Summer Sale, Up to 25% Off |
| August 30, 2024 | Labor Day Sale, Up to 25% Off |
| September 29, 2024 | Fall Sale, Up to 25% Off |
| October 15, 2024 | Cozy Earth Anniversary Sale, Up to 25% Off |
| November 23, 2024 | Weekend Deal, 35% Off All Bedding |
| December 17, 2024 | Black Friday is Back, Up to 35% Off Sitewide, 40% Off All Bedding |
| January 16, 2025 | Valentine's Sale, Up to 25% Off |
| February 7, 2025 | Valentine's Sale, Up to 25% Off |
| March 25, 2025 | Spring Sale, Up to 25% Off |
| April 7, 2025 | Spring Sale, Up to 25% Off |
| May 3, 2025 | Mother's Day Sale, Up to 30% Off |
| June 4, 2025 | Save Up to 20% |

**B.    Cozy Earth's emails to Plaintiff and Class members violate CEMA and the CPA.**

32.    Washington's CEMA regulates deceptive email marketing. CEMA prohibits the sending of a commercial email that "[c]ontains false or misleading information in the subject line." RCW 19.190.020.

33.    Violating this provision of CEMA also violates the CPA. RCW 19.190.030.

34.    Advertising fake discounts in the subject line of a promotional email, with fake time pressure, violates CEMA and, accordingly, the CPA. *Brown v. Old Navy LLC*, 567 P.3d 38 (Wash. 2025).

35.    Cozy Earth's email advertisements contain subject lines that misstate the duration of its purported sales and that misstate the discount that recipients would purportedly receive for purchasing

9

1    during the sale. As a result, these promotional emails contain false or misleading information in the

2    subject line, in violation of CEMA and the CPA.

3        36.    Cozy Earth sends these emails for the purpose of promoting its goods for sale and to

4    drive sales.

5        37.    Cozy Earth's email subject lines stating the supposed duration of its sales are false and

6    misleading because, as discussed above, Cozy Earth's sales are almost always available.

7        38.    Cozy Earth's email subject lines stating the purported discount recipients will receive if

8    recipients purchase during the sale are false and misleading because, as discussed above, consumers do

9    not truly receive the discounts Cozy Earth advertises. Instead, because substantial discounts are almost

10    always available, the purported discount is illusory.

11        39.    By misrepresenting the duration of its purported sales and the amount of its purported

12    discounts in email subject lines, Cozy Earth creates a false sense of urgency. Recipients who read Cozy

13    Earth's email subject lines believe that, if they act now, they can purchase a higher value item at a

14    limited-time discount; but if they wait, then the discount will expire and if they want to purchase a

15    Product, they will have to pay the former or regular price.

16        40.    Cozy Earth designs the subject lines of its promotional emails to induce recipients to

17    make a purchase during its supposedly limited-time sales. Cozy Earth's email subject lines often contain

18    words spurring recipients to make purchases immediately before time runs out. For example, Cozy

19    Earth has sent Mr. Hendrix emails with subject lines that include language like "Ending Soon" and

20    "Deals End Tomorrow!" But because Cozy Earth's Products are almost always on sale, each of these

21    email subject lines that state that the sale is ending soon are false and misleading.

22        41.    Based on the emails Cozy Earth sent to Mr. Hendrix, Cozy Earth has sent at least

23    thousands of emails to Washington recipients, with similar false or misleading subject lines. Cozy Earth

24    knows, or has reason to know, that it sends its emails containing false and misleading subject lines to

25    Washington residents. Cozy Earth knows where recipients of its emails reside because (i) Cozy Earth

26    has physical addresses associated with recipients' accounts or orders; and (ii) Cozy Earth has access to

27

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

data regarding the recipient including the recipient's state of residence, such as geocoordinate and IP address tracking in Cozy Earth's promotional emails.

42.    Cozy Earth also knows what sales it is offering and knows that, in truth, it almost always offers sales and the sales are not truly ending soon.

43.    Cozy Earth's commercial emails containing false and misleading information about its fake sales clog up inboxes with spam email, waste limited data space, and violate Plaintiff's and putative class members' statutory right to be free from deceptive commercial emails.

44.    Plaintiff was not, and putative class members are not, aware that Cozy Earth's email subject lines are false and misleading. Reasonable consumers are not monitoring Cozy Earth's website and tracking its discounts every day for months or years to determine whether or not the sales are real, and whether or not the email subject lines promoting those sales are true.

45.    Plaintiff does not want to receive emails with false and misleading subject lines from Cozy Earth, though he would like to continue to receive and rely on truthful information from Cozy Earth regarding its Products. Due to Cozy Earth's conduct, Plaintiff cannot tell which emails from Cozy Earth contain truthful information and which emails are spam with false and misleading information designed to spur him into making a purchase. So without a court order requiring Cozy Earth to send only honest emails about its sales, he cannot rely on the emails he receives.

**C.    No adequate remedy at law.**

46.    Plaintiff seeks an injunction. Plaintiff is permitted to seek an injunction because he has no adequate remedy at law. Legal remedies here are not adequate because they would not stop Cozy Earth from continuing to transmit emails with false or misleading subject lines to Washington residents.

**V.    Class action allegations.**

47.    Plaintiff brings the asserted claims on behalf of the proposed class of:

- all Washington residents who received promotional emails from Cozy Earth with subject lines advertising sales or discounts on Cozy Earth Products.

48.    The following people are excluded from the proposed class: (1) any Judge or Magistrate Judge presiding over this action and the members of their family; (2) Defendant, Defendant's

CLASS ACTION COMPLAINT
Case No.

11

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current employees, officers and directors; (3) persons who properly execute and file a timely request for exclusion from the class; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel, and their experts and consultants; and (6) the legal representatives, successors, and assigns of any such excluded persons.

### Numerosity

49.     The proposed class contains members so numerous that separate joinder of each member of the class is impractical. There are at least thousands of Class members in Washington.

50.     Class members can be identified through Cozy Earth's electronic mailing lists and public notice.

### Predominance of Common Questions

51.     There are questions of law and fact common to the proposed class. Common questions of law and fact include, without limitation:

(1) whether Defendant's email subject lines regarding its purported discounts are false or misleading;

(2) whether Defendant's email subject lines violate CEMA;

(3) whether Defendant's email subject lines violate the CPA;

(4) the greater of actual damages or statutory damages due to Plaintiff and the proposed Class.

### Typicality & Adequacy

52.     Like members of the proposed Class, Plaintiff received emails from Cozy Earth that contain false or misleading subject lines regarding Cozy Earth's discounts.

53.     There are no conflicts of interest between Plaintiff and the Class.

### Superiority

54.     A class action is superior to all other available methods for the fair and efficient adjudication of this litigation because individual litigation of each claim is impractical. It would be

1  unduly burdensome to have individual litigation of thousands of individual claims in separate lawsuits,

2  every one of which would present the issues presented in this lawsuit.

3  **VI.    Claims.**

4  ### Count 1: Violations of Washington's Commercial Electronic Mail Act

5  **(By Plaintiff and the Class)**

6  55.    Plaintiff incorporates each and every factual allegation set forth above and below.

7  56.    Plaintiff brings this cause of action on behalf of himself and members of the Class.

8  57.    Cozy Earth is a "person" under CEMA. RCW 19.190.010(11).

9  58.    As alleged more fully above, Cozy Earth violated CEMA by initiating the transmission of

10  commercial electronic mail messages that contained false or misleading information in the subject line to

11  Plaintiff's and Class members' electronic mail addresses.

12  59.    Cozy Earth sent these emails to Plaintiff and Class members for the purpose of

13  promoting Cozy Earth's Products for sale.

14  60.    Cozy Earth knew or had reason to know that it transmitted such emails to email

15  addresses held by Washington residents, including Plaintiff.

16  61.    Cozy Earth's acts and omissions violated RCW 19.190.020(1)(b).

17  62.    Cozy Earth's acts and omissions injured Plaintiff and Class members.

18  63.    The balance of equities favors the entry of permanent injunctive relief against Cozy

19  Earth. Plaintiff, the members of the Class, and the general public will be irreparably harmed absent the

20  entry of permanent injunctive relief against Cozy Earth. A permanent injunction against Cozy Earth is in

21  the public interest. Cozy Earth's unlawful behavior is ongoing as of the date of the filing of this

22  pleading, so without the entry of a permanent injunction, Cozy Earth's unlawful behavior will not cease

23  and, in the unlikely event that it voluntarily ceases, is likely to reoccur.

24  64.    Plaintiff and Class members are therefore entitled to injunctive relief in the form of an

25  order enjoining further violations of RCW 19.190.020(1)(b).

26  ### Count 2: Violations of the Washington Consumer Protection Act via misleading emails

27  **(By Plaintiff and the Class)**

CLASS ACTION COMPLAINT
Case No.

13

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

65.     Plaintiff incorporates each and every factual allegation set forth above and below.

66.     Plaintiff brings this cause of action on behalf of himself and members of the Class.

67.     Plaintiff and Class members are "persons" within the meaning of the CPA. RCW 19.86.010(1).

68.     As alleged above, Cozy Earth violated CEMA by initiating the transmission of commercial electronic mail messages to Plaintiff and Class members that contained false or misleading information in the subject line.

69.     A violation of CEMA is a per se violation of the CPA. RCW 19.190.030(1).

70.     A violation of CEMA establishes all elements of the CPA as a matter of law.

71.     As alleged more fully above, Cozy Earth's transmission of commercial electronic messages to Plaintiff and Class members that contained false or misleading information in the subject line also violates the CPA because it constitutes unfair or deceptive practices that occur in trade or commerce.

**Unfair Acts or Practices**

72.     As alleged in detail above, Cozy Earth committed "unfair" acts by falsely stating in email subject lines that it was offering a discount off the regular prices of its Products, and that customers could receive that discount by purchasing during the sale period, when none of this was true.

73.     The harm to Plaintiff and the Class greatly outweighs the public utility of Cozy Earth's conduct. There is no public utility to misrepresenting whether Cozy Earth's Products are discounted and misrepresenting the duration of its sales. Plaintiff and the Class' injury was not outweighed by any countervailing benefits to consumers or competition. Misleading consumers only injures healthy competition and harms consumers.

**Deceptive Acts or Practices**

74.     As alleged in detail above, Cozy Earth's representations in email subject lines that its Products were on sale, that the sale was limited in time, and that the customers were receiving substantial discounts are deceptive.

CLASS ACTION COMPLAINT
Case No.

14

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

75.     Cozy Earth's representations were likely to deceive, and did deceive, Plaintiff and other reasonable recipients. Cozy Earth knew, or should have known through the exercise of reasonable care, that these statements were inaccurate and misleading.

76.     Cozy Earth's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.030(3); RCW 19.190.100.

77.     Cozy Earth's acts and omissions caused injury to Plaintiff and Class members. In addition, violations of CEMA establish the injury and causation elements of a CPA claim as a matter of law.

78.     Under the CPA, "[p]rivate rights of action may … be maintained for recovery of actual damages, costs, and a reasonable attorney's fee. A private plaintiff may be eligible for treble damages," and "may obtain injunctive relief, even if the injunction would not directly affect the individual's own rights." Washington Pattern Jury Instruction Civil No. 310.00 (Consumer Protection Act—Introduction) (internal citations omitted); RCW 19.86.090.

79.     Under the CPA, Plaintiff and Class members are entitled to and seek, and do seek, the greater of actual damages and statutory damages of $500 per email that violates CEMA. In addition, Plaintiff and Class members seek treble damages, which are permitted under the CPA, including for CEMA violations. Plaintiff seeks treble damages to further Plaintiff's and Class members' financial rehabilitation, encourage citizens to bring CPA actions, deter Cozy Earth and other persons from committing CEMA violations, and punish Cozy Earth for its false and misleading advertising practices.

80.     Plaintiff and Class members are also entitled to, and seek, injunctive relief prohibiting Cozy Earth's further violations of the CPA.

## VII.     Jury Demand.

81.     Plaintiff demands the right to a jury trial on all claims so triable.

## VIII.     Prayer for Relief.

82.     Plaintiff seeks the following relief for himself and the proposed class:

- An order certifying the asserted claims, or issues raised, as a class action;
- A judgment in favor of Plaintiff and the proposed class;

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

- The greater of actual or statutory damages, treble damages, and punitive damages where applicable;

- Pre- and post-judgment interest;

- An injunction prohibiting Cozy Earth's deceptive conduct, as allowed by law;

- Reasonable attorneys' fees and costs, as allowed by law;

- Any additional relief that the Court deems reasonable and just.

Dated:  August 28, 2025.                     Respectfully submitted,

By: */s/ Cody Hoesly*
Cody Hoesly (WA Bar No. 41190)
choesly@bargsinger.com
BARG SINGER HOESLY PC
121 SW Morrison St., Ste. 600
Portland, OR 97204
Ph. (503) 241-3311

Jonas B. Jacobson (WA Bar No. is 62890)
jonas@dovel.com
Martin Brenner (Cal. Bar No. 333540)*
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*

**Pro Hac Vice* applications forthcoming

CLASS ACTION COMPLAINT
Case No.                                          16

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

FILED
2025 AUG 28 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-24798-8 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| HENDRIX | No. 25-2-24798-8  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| COZY EARTH HOLDINGS, INC. | (CICS) |

**CAUSE OF ACTION**

CPA - Consumer Protection Act

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

**FILED**
2025 AUG 28 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-24798-8 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| GIAUNIE HENDRIX | No. 25-2-24798-8  SEA |
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | **ASSIGNED JUDGE: Benjamin Santos, Dept. 36** |
| COZY EARTH HOLDINGS, INC. | FILED DATE: 08/28/2025 |
| Defendant(s) | TRIAL DATE:08/31/2026 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I.  NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the ***Summons and Complaint/Petition.***  Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion.  The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this ***Schedule***. In order to comply with the ***Schedule***, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A statuary filing fee must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

 Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a statutory arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a statutory fee must be paid and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

  **King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 08/28/2025 |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 02/05/2026 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 02/05/2026 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 02/19/2026 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 03/30/2026 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 05/11/2026 |
| | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 05/26/2026 |
| | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 05/26/2026 |
| | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 07/13/2026 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 08/03/2026 |
| | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 08/10/2026 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 08/10/2026 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 08/17/2026 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 08/24/2026 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 08/24/2026 |
| | Trial Date [*See KCLCR 40*]. | 08/31/2026 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.


DATED:    08/28/2025

_____

PRESIDING JUDGE